**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-632**

In Re: NICHOLAS J. QUEEN, SR.,

Petitioner.

On Petition for Writ of Mandamus. (CA-95-859)

Submitted:  November 20, 1997      Decided:  December 9, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Nicholas J. Queen, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Queen brought this mandamus petition seeking an order directing the district court to rule on a Fed. R. Civ. P. 60(b) motion. The district court denied Queen's motion by order dated October 14, 1997. Queen's request for mandamus relief is therefore moot. Accordingly, we grant the motion for leave to proceed in forma pauperis but dismiss the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument wold not significantly aid the decisional process.

<u>PETITION DISMISSED</u>